IGNACIA S. MORENO
Assistant Attorney General
Environment and Natural Resources Division
DEVON LEHMAN McCUNE
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
1961 Stout St., 8th Floor
Denver, CO 80294
Telephone: (303) 844-1487
Facsimile: (303) 844-1350
Devon.McCune@usdoj.gov
CHARLES O'CONNOR (CSBN 56320)
U.S. Attorney's Office
450 Golden Gate Avenue
P.O. Box 36055
San Francisco, CA 94102
Telephone: (415) 436-7200
Charles.OConnor@usdoj.gov

*E-FILED 04-01-2010*

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NISENAN MAIDU TRIBE OF THE NEVADA CITY RANCHERIA,<br>　　　　　　Plaintiff,<br>　　v.<br>KEN SALAZAR, et al.,<br>　　　　　　Defendants. | No. C10-00270 HRL<br><br>**JOINT STIPULATION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**<br><br>**AND ORDER** |

　　　　Pursuant to Civil Local Rule 6-1(a), Plaintiff Nisenan Maidu Tribe of the Nevada City Rancheria and the Federal Defendants hereby stipulate that the Federal Defendants' time within which to answer or otherwise respond to the complaint shall be extended 30 days, making the Federal Defendants' answer or other response due May 3, 2010.


Dated: April 1, 2010　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　IGNACIA S. MORENO
　　　　　　　　　　　　　　　　　　　　　　　Assistant Attorney General

| | |
|---|---|
| /s/ Michael E. Vinding<br>MICHAEL V. BRADY (SBN 146370)<br>MICHAEL E. VINDING (SBN 178359)<br>SCHARFF, BRADY & VINDING<br>400 Capitol Mall, Suite 2640<br>Sacramento, CA 95814<br>Tel: (916) 446-3400<br>Fax: (916) 446-7159<br>mbrady@scharff.us<br><br>Attorneys for Plaintiff | /s/ Devon Lehman McCune<br>DEVON LEHMAN McCUNE<br>Trial Attorney<br>United States Department of Justice<br>Natural Resources Section<br>1961 Stout St., 8th Floor<br>Denver, CO 80294<br>Tel: (303) 844-1487<br>Devon.McCune@usdoj.gov<br><br>CHARLES O'CONNOR<br>U.S. Attorney's Office<br>450 Golden Gate Avenue<br>P.O. Box 36055<br>San Francisco, CA 94102<br>Tel: (415) 436-7200<br>Charles.OConnor@usdoj.gov<br><br>Attorneys for Defendants<br><br>OF COUNSEL:<br><br>Jane Smith<br>Office of the Solicitor<br>U.S. Department of the Interior |

**ORDER**

Pursuant to stipulation, it is so ordered. The initial case management conference is continued to June 15, 2010, 1:30 p.m. All deadlines in the court's "Order Setting Initial Case Management Conference and ADR Deadlines" (Docket No. 3) are adjusted accordingly.

Dated: April 1, 2010

Howard R. Lloyd
United States Magistrate Judge