\*\*E-Filed 5/17/2011\*\*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| NISENAN MAIDU TRIBE OF THE NEVADA CITY RANCHERIA,<br><br>Plaintiff,<br><br>v.<br><br>KEN SALAZAR, et al.,<br><br>Defendants. | Case Number 5:10-cv-00270-JF<br><br>ORDER GRANTING LEAVE TO FILE SUR-REPLY |

On May 11, 2011, counsel for Alex Cleghorn and California Indian Legal Services contacted this Court's chambers, requesting leave to file a sur-reply with respect to a matter pending before Magistrate Judge Grewal. Counsel informed chambers staff that Judge Grewal was unavailable to rule on their request; counsel subsequently filed a written motion for leave to file a sur-reply.

Good cause therefor appearing,

the motion for leave to file a sur-reply is HEREBY GRANTED, with the *caveat* that Judge Grewal, as the judge presiding over the matter, will make the final determination as to whether the sur-reply will be considered.

Case No. 5:10-CV-00270-JF
ORDER GRANTING LEAVE TO FILE SUR-REPLY
(JFLC2)

IT IS SO ORDERED.

DATED: May 17, 2011

_____
JEREMY FOGEL
United States District Judge