MELINDA L. HAAG (CSBN 132612)
United States Attorney
Northern District of California
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
CHARLES M. O'CONNOR (CSBN 56320)
Assistant United States Attorney

    450 Golden Gate Avenue, 9th Floor
    San Francisco, California 94102-3495
    Telephone:  (415) 436-7180
    Facsimile:   (415) 436-6748
    Email:      charles.oconnor@usdoj.gov

IGNACIA MORENO
Assistant Attorney General
Environment and Natural Resources Division
DEVON LEHMAN McCUNE
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section

    999 18th Street, South Terrace, Suite 370
    Denver, CO 80202
    Telephone:  (303) 844-1487
    Facsimile:   (303) 844-1350
    Email:      Devon.McCune@usdoj.gov

Attorneys for the Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NISENAN MAIDU TRIBE OF THE NEVADA CITY RANCHERIA,<br><br>                Plaintiff,<br><br>   v.<br><br>KENNETH L. SALAZAR, Secretary of the Department of the Interior; et al.,<br><br>              Defendants. | No. C 10-270 JF<br><br>PARTIES' STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE<br><br>ORDER<br>(Proposed)<br><br>Current CMC Date:  December 9, 2011<br>Proposed CMC Date:  TBD |

       The parties hereby stipulate that that the further Case Management Conference ("CMC") in this case, now set for December 9, 2011, may be extended for 45 days, to a date to be set by

//

the Court, at its convenience.   This extension is requested to facilitate the full briefing and
resolution of the Defendants' Motion for Protective Order and the completion of discovery.

                                        Respectfully submitted,

                                        JOSEPH P. RUSSONIELLO
                                        United States Attorney

Dated: November 30, 2011                /s/
                                        CHARLES M. O'CONNOR
                                        Assistant United States Attorney

                                        IGNACIA S. MORENO
                                        Assistant Attorney General
                                        DEVON LEHMAN McCUNE
                                        Trial Attorney
                                        United States Department of Justice
                                        Natural Resources Section
                                        1961 Stout St., 8th Floor
                                        Denver, CO  80294
                                        Tel:  (303) 844-1487

                                        Attorneys for Defendants


                                        SCHARFF, BRADY & VINDING

Dated: November 30, 2011                /s/
                                        MICHAEL V. BRADY
                                        MICHAEL E. VINDING

                                        400 Capitol Mall, Suite 2640
                                        Sacramento, CA 95814
                                        Tel:  (916) 446-3400
                                        Fax: (916) 446-7159

                                        Attorneys for Plaintiff


                                        <u>ORDER</u>

    IT IS SO ORDERED:

    1. The further Case Management Conference now set for December 9, 2011, is hereby
continued 45 days, to and until a date set by the Court, at its convenience.   The parties may file a

**PARTIES' STIPULATION TO CONTINUE CMC & ORDER (p)**
*Niesnan Maidu Tribe v. Salazar, et al.*  C 10-270 JF                                                                       -2-

1  supplemental JCMS, to reflect any changes or new information, seven (7) days before the
2  continued date set by the Court for the further Case Management Conference.

3
4  Dated: _____Ö^&^{ à^¦ÁG_____, 2011
   _____
   JEREMY FOGEL
5  United States District Judge

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**PARTIES' STIPULATION TO CONTINUE CMC & ORDER (p)**
*Niesnan Maidu Tribe v. Salazar, et al.*  **C 10-270 JF**                                                -3-