MELINDA L. HAAG (CSBN 132612)
United States Attorney
Northern District of California
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
CHARLES M. O'CONNOR (CSBN 56320)
Assistant United States Attorney

    450 Golden Gate Avenue, 9th Floor
    San Francisco, California 94102-3495
    Telephone:  (415) 436-7180
    Facsimile:   (415) 436-6748
    Email:      charles.oconnor@usdoj.gov

IGNACIA MORENO
Assistant Attorney General
Environment and Natural Resources Division
DEVON LEHMAN McCUNE
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section

    999 18th Street, South Terrace, Suite 370
    Denver, CO 80202
    Telephone:  (303) 844-1487
    Facsimile:   (303) 844-1350
    Email:      Devon.McCune@usdoj.gov

Attorneys for the Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NISENAN MAIDU TRIBE OF THE NEVADA CITY RANCHERIA,<br><br>                Plaintiff,<br><br>v.<br><br>KENNETH L. SALAZAR, Secretary of the Department of the Interior; et al.,<br><br>              Defendants. | No. C 10-270 JF<br><br>PARTIES' STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE<br><br>ORDER<br>(Proposed)<br><br>Current CMC Date:  December 9, 2011<br>Proposed CMC Date:  TBD |

      The parties hereby stipulate that that the further Case Management Conference ("CMC") in this case, now set for December 9, 2011, may be extended for 45 days, to a date to be set by

//

1  the Court, at its convenience.   This extension is requested to facilitate the full briefing and
2  resolution of the Defendants' Motion for Protective Order and the completion of discovery.

          Respectfully submitted,

          JOSEPH P. RUSSONIELLO
          United States Attorney

          /s/

Dated: November 30, 2011

          CHARLES M. O'CONNOR
          Assistant United States Attorney

          IGNACIA S. MORENO
          Assistant Attorney General
          DEVON LEHMAN McCUNE
          Trial Attorney
          United States Department of Justice
          Natural Resources Section
          1961 Stout St., 8th Floor
          Denver, CO  80294
          Tel:  (303) 844-1487

          Attorneys for Defendants


          SCHARFF, BRADY & VINDING

          /s/

Dated: November 30, 2011

          MICHAEL V. BRADY
          MICHAEL E. VINDING

          400 Capitol Mall, Suite 2640
          Sacramento, CA 95814
          Tel:  (916) 446-3400
          Fax:  (916) 446-7159

          Attorneys for Plaintiff


## ORDER

IT IS SO ORDERED:

1. The further Case Management Conference now set for December 9, 2011, is hereby continued 45 days, to and until a date set by the Court, at its convenience.  The parties may file a

**PARTIES' STIPULATION TO CONTINUE CMC & ORDER (p)**
*Niesnan Maidu Tribe v. Salazar, et al.*  C 10-270 JF         -2-

1  supplemental JCMS, to reflect any changes or new information, seven (7) days before the

2  continued date set by the Court for the further Case Management Conference.

3  Dated: _____, 2011

4  JEREMY FOGEL
   United States District Judge

---

**PARTIES' STIPULATION TO CONTINUE CMC & ORDER (p)**
*Niesnan Maidu Tribe v. Salazar, et al.*  **C 10-270 JF**                                  -3-