\*\*E-Filed 9/25/2012\*\*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NISENAN MAIDU TRIBE OF THE NEVADA CITY RANCHERIA,<br><br>Plaintiff,<br><br>v.<br><br>KEN SALAZAR, Secretary of the Interior, et al.,<br><br>Defendants. | Case Number 5:10-cv-00270-JF (PSG)<br><br>ORDER TERMINATING MOTION FOR PROTECTIVE ORDER AND SETTING STATUS CONFERENCE<br><br>[re: dkt. entry 68] |

On November 10, 2011, Defendants filed a motion for protective order.  Pursuant to this Court's standing order and local practice, a motion for protective order ordinarily would be directed to the magistrate judge assigned to the case.  However, this particular motion was directed to the undersigned, and the motion was not noticed for hearing.  Neither the magistrate judge nor the undersigned has issued a ruling.  Because nearly a year has elapsed since the motion was filed, the issues addressed therein may have been resolved or the parties' positions may have changed.

Accordingly, the motion for protective order is hereby terminated, and the case is set for a status conference on October 16, 2012, at 1:00 p.m.  At the status conference, the parties should

be prepared to address the status of the case, whether the motion for protective order should be re-filed and, if so, whether there is any reason why it should not be heard by the magistrate judge pursuant to this Court's customary practice.

　　　　IT IS SO ORDERED.

Dated:  September 25, 2012

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　JEREMY FOGEL
　　　　　　　　　　　　　　　　　United States District Judge

2